In the Matter of RSM West Lake Road LLC et al., Respondents, v Town of Canandaigua Zoning Board of Appeals et al., Respondents, and East Shore Association of Canandaigua Lake, Inc., et al., Appellants.

Submitted December 22, 2008; decided February 24, 2009

Motion to dismiss the appeal herein denied.

Snyder Fulton Street, LLC, Respondent, v Fulton Interest, LLC, Appellant.

Submitted January 12, 2009; decided February 24, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (see Karger, Powers of the New York Court of Appeals § 5:3, at 109 [3d ed rev]). Motion for a stay dismissed as academic.